IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| VS. | CRIMINAL NO. | 2:99-cr-26-KS-MTP |
| JIMMY RAYMOND BLOW | | DEFENDANT |

## ORDER

THIS CAUSE IS BEFORE THE COURT on Letter Motion [35] filed by Jimmy Raymond Blow requesting the Court to shorten his term of supervised release. The Court has communicated with the United States Attorney and shared documentation concerning the request and the United States does not oppose a shortening of the period of Mr. Blow's supervised release. The Court finds that supervised release of Jimmy Blow should be terminated on November 1, 2018.

NOW, THEREFORE, IT IS HEREBY ORDERED that the term of supervised release of Jimmy Raymond Blow be and the same is, terminated as of November 1, 2018.

SO ORDERED this the __28th__ day of June, 2018.

___s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE